**Kate Williams, appellee, v. Fernandus Jacobs, appellant. Gen. No. 7,481.**

Action on promissory note. Judgment for plaintiff. Apppeal from the City Court of Sterling; the Hon. I. L. Weaver, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed August 3, 1925, Rehearing denied October 6, 1925.

Van Sant & Besse, for appellant. Robert L. Bracken and John M. Stager, for appellee.

Mr. Presiding Justice Jones delivered the opinion of the court.

---

**A. W. Peterson, appellant, v. A. E. Freburg, appellee. Gen. No. 7,504.**

Action on promissory notes. Judgment for defendant. Appeal from the Circuit Court of Winnebago county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed August 12, 1925. *Certiorari* denied by Supreme Court (making opinion final).

Roy F. Hall, for appellant. Garrett, Maynard & Fell, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**Rose Smith, appellant, v. William Trager, appellee. Gen. No. 7,511.**

Action for personal injuries sustained in collision with automobile. Judgment for defendant. Appeal from the Circuit Court of Peoria county; the Hon. Charles V. Miles, Judge, presiding. Heard in this court at the April term, 1925. Reversed and remanded. Opinion filed August 12, 1925.

Shurtleff & Niehaus, for appellant. Daily, Miller, McCormick & Radley, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Elmer Saylor et al., plaintiffs in error. Gen. No. 7,408.**

Prosecution for mayhem. Defendants convicted. Error to the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1925. Affirmed. Opinion filed August 20, 1925.

Kenworthy, Dietz, Shallberg, Harper & Sinnett, for plaintiffs in error; Cyrus E. Dietz and J. J. Neiger, of counsel. Oscar Carlstrom, Benjamin S. Bell and James D. Bruner, for defendant in error; Edward L. Eagle, of counsel

Mr. Justice Partlow delivered the opinion of the court.